IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ANTONIO JONES, #203884, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:17-CV-843-WHA |
| ANGIE BAGGETT, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

On February 14, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 7th day of March, 2018.

      /s/  W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE